IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wiley, Tunisha T | Case Number: 07 B 00654 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 1/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: March 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,279.23 | |
| Secured: | | 3,607.15 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,333.00 |
| Trustee Fee: | | 339.08 |
| Other Funds: | | 0.00 |
| Totals: | 6,279.23 | 6,279.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,333.00 | 2,333.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 22,356.42 | 3,607.15 |
| 4. | America's Financial Choice Inc | Unsecured | 678.18 | 0.00 |
| 5. | Collins Receivables | Unsecured | 256.00 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 738.97 | 0.00 |
| 7. | Lighthouse Financial Group | Unsecured | 3,776.47 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 716.78 | 0.00 |
| 9. | Nicor Gas | Unsecured | 421.30 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 439.86 | 0.00 |
| 11. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,716.98 | $ 5,940.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 339.08 |
| | _____ |
| | $ 339.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Wiley, Tunisha T

Printed:  6/10/08

Case Number:  07 B 00654
Judge:  Wedoff, Eugene R
Filed:  1/15/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

                          _____